**Christopher W. GRENIER, Paul C. Bock, and Todd M. Shea, Petitioners,**

v.

**DEPARTMENT OF JUSTICE, Respondent.**

No. 05–3213.

United States Court of Appeals, Federal Circuit.

July 14, 2006.

Before MICHEL, Chief Judge, RADER and SCHALL, Circuit Judges.

**Judgment**

PER CURIAM:

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Bruce L. WILLIAMS, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 2006–3278.

United States Court of Appeals, Federal Circuit.

July 14, 2006.

Bruce L. Williams, pro se.

**ORDER**

The petitioner having failed to pay the docketing fee required by Federal Circuit Rule 52(a)(1) and to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.